

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JORGE JOYA

                      Plaintiff(s),      STIPULATION

   - against -

VERIZON NEW YORK, INC., and                  Index No.:
MASTEC NORTH AMERICA, INC.                08 CV 5328
                    Defendant(s)
-------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the plaintiffs and the attorneys for the defendant, VERIZON NEW YORK, INC, that the time for the defendant to appear, answer, or move with respect to the complaint in the above-captioned action is extended until August 15, 2008.

    IT IS FURTHER STIPULATED AND AGREED that the defendant will not assert the affirmative defense of lack of personal jurisdiction or improper service.

Dated: New York, New York
         July 11, 2008

_____                _____
Richard M. Winograd, Esq.                    Edward J. Gorman, Esq.
Ginarte, O'Dwyer, Gonzalez & Winograd, LLP    Ledy-Gurren Bass & Siff, LLP.
Attorneys for Plaintiffs                       Attorneys for Defendant
225 Broadway - 13th Floor                   Verizon New York, Inc.
New York, New York 10007                 475 Park Avenue South - 8th Floor
Tel: 212 601-9700                           New York NY 10016
                                                Tel: 212-447-1111

SO ORDERED:  7/17/08
_____
Peter K. Leisure
U.S.D.J.

Dated: New York, New York