UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JORGE JOYA,                                    08 CV 5328 (PKL)

                Plaintiff,           **RULE 7.1 STATEMENT**

    -against-

VERIZON NEW YORK, INC., and
MASTEC NORTH AMERICA, INC.,

                Defendants.
----------------------------------------X

    The defendant **MASTEC NORTH AMERICA, INC.**, hereby certifies that pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that it is not a publicly traded or held corporation; its parent company is Mastec, Inc., which is a publicly held corporation that owns 100% of defendant Mastec North America, Inc.

Dated:    New York, New York
          July 18, 2008

                                            JONES HIRSCH CONNORS & BULL P.C.

                      By: _____
                           Neil E. Higgins, Esq. (NEH4736)
                           Attorneys for Defendant
                           **MASTEC NORTH AMERICA, INC.**
                           One Battery Park Plaza
                           New York, New York  10004
                           (212) 527-1000

TO:  **GINARTE, O'DWYER, GONZALEZ
     & WINOGRAD, LLP**
     Attorneys for Plaintiff
     225 Broadway, 13th Floor
     New York, NY 10007
     (212)-601-9700

**VERIZON NEW YORK, INC.**
1095 Avenue of the Americas
New York, New York 10036

- 2 -

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
                  ) SS.:
COUNTY OF NEW YORK )

**ELLEN RYAN**, being duly sworn, deposes and says:

I am not a party to this action, I am over the age of 18 years and reside in Nassau County, New York.

On July    , 2008, I served the within:

**RULE 7.1 STATEMENT**

upon:

TO: **GINARTE, O'DWYER GONZALEZ
    & WINOGRAD, LLP**
    Attorneys for Plaintiff
    225 Broadway, 13th Floor
    New York, NY 10007
    (212-601-9700)

    **VERIZON NEW YORK, INC.**
    1095 Avenue of the Americas
    New York, New York 10036

the address designated by said attorney for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
ELLEN RYAN

Sworn to before me this
18th day of July, 2008.

_____
NOTARY PUBLIC

MICHAEL P. KELLY
Notary Public State of New York
No. 02KE6010159
Qualified in Nassau County
Commission Expires July 13, 20 10

H4736-730246.1

- 3 -