```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
JORGE JOYA,                                    08 CV 5328 (PKL)

                       Plaintiff,
                                               **TRIAL BY JURY DEMAND**
        -against-

VERIZON NEW YORK, INC., and
MASTEC NORTH AMERICA, INC.,

                       Defendants.
-----------------------------------X
```

**C O U N S E L:**

**PLEASE TAKE NOTICE** that defendant MASTEC NORTH AMERICA, INC. hereby demands a trial by jury of all issues herein.

Dated:   New York, New York
         July 21, 2008

                        **JONES HIRSCH CONNORS & BULL P.C.**

               By: _/s/ Neil E. Higgins_
                   Neil E. Higgins, Esq. (NEH-4736)
                   Attorneys for Defendant
                   **MASTEC NORTH AMERICA, INC.**
                   1 Battery Park Plaza, 28th Floor
                   New York, New York 10004
                   (212) 527-1000

TO:  **GINARTE, O'DWYER GONZALEZ & WINOGRAD, LLP**
     Attorneys for Plaintiff
     225 Broadway, 13th Floor
     New York, NY 10007
     (212-601-9700)

     **VERIZON NEW YORK, INC.**
     1095 Avenue of the Americas
     New York, New York 10036

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

**ELLEN RYAN**, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Nassau County, New York.

On the 21st day of July, 2008 deponent served the within:

**TRIAL BY JURY DEMAND**

UPON:

TO: **GINARTE, O'DWYER GONZALEZ & WINOGRAD, LLP**
Attorneys for Plaintiff
225 Broadway, 13th Floor
New York, NY 10007
(212-601-9700)

**VERIZON NEW YORK, INC.**
1095 Avenue of the Americas
New York, New York 10036

at the addresses designated by said individual for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
ELLEN RYAN

Sworn to before me this
21st day of July, 2008

_____
Notary Public

ABDUR-RASHEED JASUR
Notary Public, State of New York
No. 01JA6134089
Qualified in Suffolk County
Commission Expires Oct. 3, 20 09

H4736-730767.1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
JORGE JOYA,                              08 CV 5328 (PKL)

                        Plaintiff,

        -against-

VERIZON NEW YORK, INC., and MASTEC
NORTH AMERICA, INC.,

                        Defendants.
-----------------------------------X
```

**TRIAL BY JURY DEMAND**

**JONES HIRSCH CONNORS & BULL P.C.**
ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004
TELEPHONE (212) 527-1000
*Attorneys for Defendant*

**MASTEC NORTH AMERICA, INC.**