AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

**APPEARANCE**

Case Number: 08CV5328

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
VERIZON NEW YORK, INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/13/2008 | _(signature)_ |
| Date | Signature |
| | DEBORAH BASS — DB8760 |
| | Print Name — Bar Number |
| | 475 PARK AVENUE SOUTH - 27TH FLOOR |
| | Address |
| | NEW YORK — NY — 10016 |
| | City — State — Zip Code |
| | (212) 447-1111 — (212) 447-6686 |
| | Phone Number — Fax Number |