EXHIBIT "2"

# GINARTE O'DWYER & WINOGRAD, LLP

JOSEPH A. GINARTE*
JOHN D. O'DWYER
RICHARD M. WINOGRAD □
MANUEL GONZALEZ
JOHN E. BIGGIANI
JORGE L. HERNANDEZ ▲
NICHOLAS M. TORRES □
MICHAEL A. GALLARDO □
BARRY D. WEIN
GARY R. NOVINS +
RICHARD L. KUHRT 2
BERNARD LAMBERT 2O
MOISES APSAN □ 2
JESUS J. PEÑA 2

ATTORNEYS AT LAW
305 BROADWAY, SUITE 800
NEW YORK, NY 10007

(212) 267-4185
FAX: (212) 267-4262

WWW.GINARTE.COM

OTHER OFFICES:
PASSAIC, NJ 07055
NEWARK, NJ 07105
ELIZABETH, NJ 07201
PERTH AMBOY, NJ 08861
NEW BRUNSWICK, NJ 08901
UNION CITY, NJ 07087

ROGER GUARDA, CLAIMS MGR.

1 CERTIFIED BY THE SUPREME COURT OF
  NEW JERSEY AS A CIVIL TRIAL ATTORNEY
2 OF COUNSEL
+ ADMITTED TO NY
▲ ADMITTED TO NJ & PA
□ ADMITTED TO NJ & NY
* ADMITTED TO NJ & DC
♦ ADMITTED TO DC, FL & NJ
O ADMITTED TO U.S. TAX COURT

January 24, 2007

A& A Cable Contractors
12506 Ann Lane
Houston, Tx 77064

Attn: Personnel Department

Re: Employee: Jorge Joya
D/A: 05/15/2006

Dear Sir/Madam:

This office represents your named employee in an action for injuries sustained in an accident on the above date.

We are interested in obtaining from you a complete copy of your records relating to our client's employment with your company to include the following: position held, wage verification, attendance records, medical folder (if one exists), disability and/or workers compensation records (particularly relating to this accident) and copies of any and all W-2 and/or 1099 forms in your possession. We would also appreciate confirmation as to whether or not our client has returned to work since the date of accident and if so, the date returned. Annexed hereto please find a duly executed authorization signed by your employee permitting the release of this information to our office.

Should there be a fee for the reproduction of these documents, kindly inform our office before copying and forwarding. We thank you for your prompt attention herein.

Very truly yours,
Ginarte, O'Dwyer, Winograd
*Maggie Tirado*
Maggie Tirado, Legal Secretary

MT
Encls

OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Jorge Joya | | |

Patient Address: 18415 Lost Knife Circle, Apt 104, Gaithersburg, MD 20886

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.
2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.
3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.
4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.
5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.
6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9(b).**

7. Name and address of health provider or entity to release this information:
A & A Cable Contractors, 12506 Ann Lane, Houston, TX 77064

8. Name and address of person(s) or category of person to whom this information will be sent:
Ginarte, O'Dwyer & Winegrad, 305 Broadway, Ste 800, NY, NY 10007

9(a). Specific information to be released:
- ☒ Medical Record from (insert date) _____ to (insert date) _____
- ☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
- ☐ Other: _____

Include: (*Indicate by Initialing*)
_____ Alcohol/Drug Treatment
_____ Mental Health Information
_____ HIV-Related Information

Authorization to Discuss Health Information

(b) ☐ By initialing here _____ I authorize _____
    Initials                    Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:
_____
(Attorney Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☐ At request of individual<br>☒ Other: Legal Matter | 11. Date or event on which this authorization will expire:<br>3 Years of this Date |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

X JJJ
Signature of patient or representative authorized by law.

Date: 01/24/07

GARY R. MOVINS
No. 02MC5021832
Qualified in Suffolk County
Commission Expires Dec. 27, 2009

\* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

EXHIBIT "3"



**To:** Maggie Tirado
Fax number: 212-267-4262

**From:** Amy Soliz

**Date:** 11/14/2007

# A facsimile from

**A & A Cable Contractors, Inc.**
12506 Ann Lane
Houston, TX 77064
Bus: 281-469-2888
Fax: 281-469-2885

**Regarding:** Jorge Joya case

**Comments:** The closest location that I can narrow the accident to is the 8600 block of Carpenter Rd., Radisson, NY. Following this coversheet is the First Report of Injury and the Supplemental Report of Injury.

877-404-7999

TWCC CLAIM # _____

CARRIER'S CLAIM # _____

## EMPLOYER'S FIRST REPORT OF INJURY OR ILLNESS

| Field | Value |
|---|---|
| 1. Name (Last, First, M.I.) | Toya Jorge |
| 2. Sex | M |
| 16. Date of injury (m-d-y) | 5-15-06 |
| 17. Date Lost Time Began | 5-15-06 |
| 5. Date of Birth | 11-30-1961 |
| 18. Nature of Injury | Cut |
| 19. Part of Body Injured | Face |
| 6. Does the Employee Speak English? | NO - Spanish |
| 7. Race | Hispanic |
| 20. How and Why injury/illness occurred | Was pulling a pipe w/ a rope, the rope snapped and hit him in the face. Injured from cheek to his eye |
| 8. Mailing Address | 8901 Jone Rd #807, Hou TX 77065, Harris |
| 23. Address where injury or exposure occurred | Carpenter Road, Radisson, New York |
| 10. Marital Status | Married |
| 11. Number of Dependent Children | 1 |
| 12. Spouse's Name | Juana Hernandez |
| 13. Doctor's Name | N/A |
| 24. Cause of Injury | Rope |
| 25. List Witnesses | Jorge Zarco |
| 14. Doctor's Mailing Address | N/A |
| 26. Return to work date | 5-22-06 |
| 27. Did employee die? | No |
| 28. Supervisor's Name | Jorge Zarco |
| 29. Date Reported | 5-15-06 |
| 30. Date of Hire | 5-8-06 |
| 31. Was employee Hired or recruited in Texas? | YES |
| 32. Length of Service in Current Position | 3 weeks |
| 33. Length of Claims in Occupation | 2 years |
| 35. Occupation of Injured Worker | helper, Laborer |
| 36. Rate of Pay on this Job | $600 Weekly |
| 37. Full Work Week | 40 hours |
| 38. Last Paycheck Was | 5-26-06, $600 for 1 week |
| 40. Name and Title of Person Completing Form | Amy Soliz - Office Manager |
| 41. Name of Business | A&A Cable Contractors, Inc |
| 42. Business Mailing Address and Telephone Number | 12506 Ann Lane, 281.469.2888, Hou TX 77064 |
| 43. Business Location | 12506 Ann Lane, Hou TX 77064 |
| 44. Federal Tax ID | 76-0648286 |
| 47. Texas Comptroller Taxpayer No. | 3-20025-1204-7 |
| 48. Workers' Compensation Insurance Company | Texas Mutual Insurance Company |
| 49. Policy Number | TSF-0001130442 06 |
| 50. Did you request accident prevention services in past 12 months? | Not sure |

X _____ (signed) Office Manager    Date 5-30-06

TWCC-1 (2-91)

TWCC

ORIGINAL: TO INSURANCE CARRIER    COPY: TO EMPLOYEE    COPY: TO EMPLOYER

RECEIVED TIME MAY. 31. 2:50PM



TWCC # _____
Carrier # 99600C0452359

## SUPPLEMENTAL REPORT OF INJURY

**Part I   EMPLOYER INFORMATION**

1. Employer business name: A & A Cable Contractors, Inc
2. Employer phone #: 281-469-2888
3. Employer mailing address: 12501 Ann Lane Hou, TX 77064
4. Insurance carrier name: Texas Mutual Insurance Company
5. Does the employer have return to work (RTW) opportunities available based on the injured worker's current capabilities? yes ☐ no ☒
   If so, identify contact person and phone # _____
6. Has the insurance carrier provided RTW coordination services within the past 12 months? yes ☐ DATE ____ no ☐
7. Has the employer requested RTW training from TWCC or the insurance carrier? yes ☐ no ☐
8. Has the insurance carrier provided accident prevention services in the past 12 months? yes ☐ DATE ____ no ☒
9. Has the employer requested accident prevention services from the insurance carrier? yes ☐ no ☒

**Part II   REASON FOR FILING THIS REPORT (deadlines vary, see instructions)**

10. ☐ a. The injured worker returned to work in either a full or limited capacity. File this report within 3 days.
    ☐ b. The injured worker is earning more or less than the pre-injury wage because of the injury. File within 10 days.
    ☐ c. The injured worker returned, then later had additional lost time or reduced wages as a result of the injury. File within 3 days.
    ☒ d. The injured worker resigned or was terminated from employment. File within 10 days.

**Part III   INJURED WORKER INFORMATION**

11. Injured worker name: Jorge Joya
12. SSN: 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
13. DOI: 5-15-06
14. Injured worker mailing address and phone #: 18415 Lost Knife #104 Montgomery Village, Maryland 20886
15. First day of lost time or reduced wages for this injury (mm/dd/yyyy): 5-15-06
16. First day of additional lost time or reduced wages (mm/dd/yyyy): N/A
17. Has the injured worker experienced 8 days (cumulative) of lost time or reduced wages as a result of the injury? yes ☒ no ☐
    If yes, the date of the 8th day (mm/dd/yyyy): 5-23-06
18. Date of most recent RTW _____
    ☐ Full duty, full pay
    ☐ Limited duty, full pay
    ☐ Limited duty, reduced pay
19. Has the injured worker resigned, been terminated, or died? yes ☒ no ☐
    date of resignation 5-15-06  date of termination _____  date of death _____
    19a. Reason for resignation/termination: Stopped working - injured
    19b. Was the injured worker on limited duty when terminated? N/A yes ☐ no ☐
20. Hours the injured worker was working during the pay period of ____ to ____: 40 hours per week
    Indicated hours are:
    ☐ Increase from pre-injury
    ☒ Same as pre-injury
    ☐ Decrease from pre-injury
21. Weekly/hourly earnings for the pay period of 5-8-06 to 5-15-06: $600 weekly or $____ hourly
    Indicated wages are:
    ☐ Increase from pre-injury wage
    ☒ Same as pre-injury wage
    ☐ Decrease from pre-injury wage

This form to be filed with: The employer's insurance carrier and the injured worker in the timeframe as noted in Part II.

22. To the best of my knowledge, the information provided in this report is accurate and may be relied upon for evaluation of eligibility for benefits.
Submitted by: ☒ Employer   ☐ Injured Worker (if no longer working for the employer where injury occurred)

Signature: _____ OFFICE MANAGER   Date: 6-13-06
Signature and title of person completing this form

TWCC-6 (Rev 2/06) Page 1                                    TEXAS WORKERS' COMPENSATION COMMISSION

05/31/2006 14:41 2814692885 AA CABLE CONTRACTORS PAGE 01/01

877-404-7999

TWCC CLAIM # _____

CARRIER'S CLAIM # _____

# EMPLOYER'S FIRST REPORT OF INJURY OR ILLNESS

| Field | Value |
|---|---|
| 1. Name (Last, First, M.I.) | Toya Jorge |
| 2. Sex | M |
| 16. Date of Injury | 5-15-06 |
| 16. Time of Injury | pm |
| 17. Date Lost Time Began | 5-15-06 |
| 4. Home Phone | |
| 5. Date of Birth | 11-30-1961 |
| 18. Nature of Injury | Cut |
| 19. Part of Body Injured | Face |
| 6. Does the Employee Speak English? | NO — Spanish |
| 7. Race | Hispanic |
| 20. How and Why Injury/Illness Occurred | was pulling a pipe w/ a rope, the rope snapped and hit him in the face. Injured from cheek to his eye |
| 8. Mailing Address | 8901 Jones Rd #807 |
| County | Harris |
| City | Hou |
| State | TX |
| ZIP | 77065 |
| 23. Address Where Injury or Exposure Occurred | Carpenter Road, Radisson, New York |
| 10. Marital Status | Married |
| 11. Number of Dependent Children | 1 |
| 12. Spouse's Name | Juana Hernandez |
| City | Radisson |
| State | New York |
| 13. Doctor's Name | N/A |
| 24. Cause of Injury | Rope |
| 14. Doctor's Mailing Address | N/A |
| 25. List Witnesses | Jorge Zarco |
| City | N/A |
| 26. Return to Work Date | 5-22-06 |
| 27. Did employee die? | NO |
| 28. Supervisor's Name | Jorge Zarco |
| 29. Date Reported | 5-15-06 |
| 30. Date of Hire | 5-8-06 |
| 31. Was employee hired or recruited in Texas? | YES |
| 32. Length of Service in Current Position | 3 weeks |
| 33. Length of Service in Occupation | 2 years |
| 35. Rate of Pay | $600 weekly |
| 37. Full Work Week | 40 Hours |
| 39. Last Paycheck was | 5-26-06, $600 for 1 week |
| 40. Name and Title of Person Completing Form | Amy Soliz - Office Manager |
| 41. Name of Business | A&A Cable Contractors, Inc |
| 42. Business Mailing Address | 12506 Ann Lane 281.469.2888 |
| 43. Business Location | 12506 Ann Lane |
| City | Hou TX 77064 |
| City | Hou TX 77064 |
| 44. Federal Tax Identification Number | 76-0648286 |
| 47. Texas Comptroller Taxpayer No. | 3-20025-1204-7 |
| 48. Workers' Compensation Insurance Company | Texas Mutual Insurance Company |
| 49. Policy Number | TSF-0001113044 20C |
| 50. Did you request accident prevention services in past 12 months? | Not sure |
| 51. Signature | X [signature] - Office Manager |
| Date | 5-30-06 |

TWCC

ORIGINAL: TO INSURANCE CARRIER    COPY: TO EMPLOYEE    COPY: TO EMPLOYER

RECEIVED TIME MAY. 31. 2:50PM