# EXHIBIT "5"

# ⁙MasTec

Subcontractor Agreement No.:

## SCHEDULE 1

| | |
|---|---|
| **Name of Contractor:** | MasTec North America, Inc. ("Contractor") |
| **Address of Contractor:** | 152 Park Ave., PO Box 70, Shevlin MN 56676 |

**With a copy to:**

MasTec North America, Inc.
3155 N.W. 77th Avenue
Miami, FL 33122-1205
Fax: 305.406.1907

| | |
|---|---|
| **Telephone/Fax No.:** | (218) 785-2171 / (218) 785-2198 |
| **Name of Subcontractor:** | A & A Cable Contractors Inc. ("Subcontractor") |
| **Address of Subcontractor:** | 12506 Ann Lane |
| **Telephone/Fax No.:** | 281-469-2888 / 281-469-2885 |
| **Federal Employer Identification No.:** | 76-0687813 |
| **Primary Contract/Owner:** | Verizon |
| **Primary Contract Location:** | Syracuse, New York |
| **Effective Date:** | May 5, 2006 |

_A-n_
SUBCONTRACTOR INITIALS